·cited decisions the court held as follows: (1) The items of merchandise marked with the letters "A" and "C" are subject to an allowance for tare of inedible ·coverings of 2½ percent from the net weight reported by the United States ·weigher; the items marked with the letter "B" are subject to an allowance for tare of inedible coverings of 1 percent from the net weight reported by the United States weigher; and the items invoiced as Sardo cheese consist of Romano cheese ·and, as such, are dutiable at 25 percent under paragraph 710, as modified, *supra*, ·less such allowance for tare as is applicable to the items marked "A" on the invoice.

BEFORE THE FIRST DIVISION, JANUARY 10, 1952

**No. 56251.**—Consumers Import Co., Inc., et al. *v.* United States, protests 168831–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 56252.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protests 169235–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 56253.**—Freedman & Slater, Inc. *v.* United States, protests 174391–K (B), etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 56254.**—W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 175171–K (C), etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56255.**—Chas. H. Demarest, Inc., et al. *v.* United States, protests 176232–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 10, 1952

**No. 56256.**—The Attorney General as Successor to the Alien Property Custodian *v.* United States, protests 745457–G, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

**No. 56257.**—The Attorney General as Successor to the Alien Property Custodian *v.* United States, protests 826568–G, etc. (Honolulu).

Opinion by FORD, J. The protests were dismissed.

**No. 56258.**—The Attorney General as Successor to the Alien Property Custodian *v.* United States, protests 967709–G, etc. (Los Angeles and San Francisco).

Opinion by FORD, J. The protests were dismissed.